

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00462-CV

Joshua Chubasco **LIRA**,
Appellant

v.

Evangeline S. **SAMUDIO**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-07757
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. The district clerk's notice of late record is MOOT. Costs of this appeal are taxed against Appellant Joshua Chubasco Lira.

SIGNED September 2, 2015.

_____
Patricia O. Alvarez, Justice